# Welmaker Law PLLC

7310 Manchaca Road, #150728
Austin, Texas 78715
Phone: (512) 799-2048
Fax: (512) 253-2969
Email: doug@welmakerlaw.com

November 19, 2018

Hon. Reed O'Connor
United States District Court
Northern District of Texas-Fort Worth Division
501 West 10th Street, Room 201
Fort Worth, Texas 76102

>   Re:   *Chimeng Lo v. XPO Logistics, Inc. et al,* **In the United States District Court for the Northern District of Texas, Fort Worth Division; Civil Action No. 4:17-cv-00674-O**

Judge O'Connor:

   Counsel for Plaintiff writes this letter to the Court as a number of the deadlines set forth in this Court's Order of October 11, 2017 (Dkt. 16) will need to be revised in light of the current posture of this matter. Counsel for Plaintiff proposes that once the issues relating to the scope of the class have been resolved, that the Parties confer with one another and prepare a revised draft scheduling order for this Court's consideration, in accordance with paragraph 12 of Dkt. 16. Counsel for Defendants does not object to this request.

                                    Sincerely,

                                    Douglas B. Welmaker

cc:   Ryan E. Mick  Via email: mick.ryan@dorsey.com and ECF
      J. Brian Vanderwoude  Via email: vanderwoude.brian@dorsey.com and ECF
      Dorsey & Whitney LLP
      Counsel for Defendants